AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Holloway, Jr., William J. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>08/03/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors. | The Historical Society of the Tenth Judicial Circuit |
| 2. Monthly phone conferences and infrequent face-to-face meetings. | (No Compensation) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG -4 A 9: 54 FINANCIAL DISCLOSURE OFFICE

Holloway Jr, William J

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. O.G.E. Energy Corp.(Common Stock) | B | Dividend | K | T | None | | | | |
| 2. AT&T, Inc.(was SBC)((Common Stock)acquired Bell South | D | Dividend | M | T | | | | | |
| 3. Bell South (Acquired by AT&T Inc.) | | None | | | None | | | | Acquired by AT&T 2007 |
| 4. First State Bank, Pond Creek, OK (Common Stock) | B | Dividend | K | W | | | | | |
| 5. ████ 1/3 interest ████████ cabin, Chaffee Cnty,CO | | None | K | W | None | | | | |
| 6. IRA Acct/w BankOne closed.(Y) | | | | | | | | | |
| 7. Maple Leaf Gold Coins | | None | J | W | None | | | | |
| 8. Checking & Saving Accts. BankOne (now Chase) | B | Interest | M | T | None | | | | |
| 9. Lucent Technologies, Inc. (now Alcatel Lucent)(Common Stock) | | None | J | T | | | | | |
| 10. NCR Corp. | | None | J | T | | | | | |
| 11. U.M.B. Money Market | B | Interest | L | T | | | | | |
| 12. Bank of Oklahoma (Checking Account) | C | Interest | M | T | | | | | |
| 13. Vodafone Group PLC | A | Dividend | J | T | None | | | | |
| 14. NBC Bank(Oklahoma City) | C | Interest | M | T | | | | | |
| 15. Verizon Communications, Inc.(formerly Bell South) | C | Dividend | L | T | | | | | |
| 16. LSI (Previously Agere) | | None | J | T | | | | | |
| 17. Mass Mutual Ins. Policy | A | Dividend | J | T | | | | | Cash Surrender Value |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York Life Ins.(2 policies) | A | Dividend | J | T | | | | | Cash surrender value |
| 19. Avaya (Y) | | | | | | | | | |
| 20. Comcast | A | Dividend | J | T | | | | | AT&T broadband merged |
| 21. Idearc | A | Dividend | J | T | | | | | Spinoff from Verizon |
| 22. Teradata Corporation (X) | | None | J | T | | | | | Spinoff from NCR |
| 23. MINERAL INTERESTS | | | | | | | | | |
| 24. 1/2 Interest, Graham Co. KS, ▇ | A | Royalty | J | W | | | | | |
| 25. 1/2 Interest, Graham Co. KS, ▇ | B | Royalty | J | W | | | | | |
| 26. 1/2 Interest, Graham Co. KS, ▇ | A | Royalty | J | W | | | | | |
| 27. 1/2 Interest, Kearny Co. KS, ▇ | C | Royalty | K | W | | | | | |
| 28. 1/2 Interest, Kearny Co. KS, ▇ | | None | J | W | | | | | |
| 29. 1/2 Interest, Kearny Co. KS, ▇ | C | Royalty | K | W | | | | | |
| 30. 1/2 Interest, Kearny Co. KS. ▇ | D | Royalty | K | W | | | | | See Part VIII, No.2 |
| 31. 1/2 Interest, Kearny Co. KS, ▇ | D | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 32. 1/2 Interest, Kearny Co. K, ▇ | D | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 33. 1/2 Interest, Kearny Co. KS, ▇ | D | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 34. 1/2 Interest, Kearny Co. Ks, ▇ | D | Royalty | K | W | | | | | See Part VIII, No. 2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1/2 Interest, Kingman Co. Ks ▓▓ | C | Royalty | K | W | | | | | See Part VIII, No.2 |
| 36. 1/2 Interest Kingman Co. KS, ▓▓ | C | Royalty | K | W | | | | | |
| 37. 1/2 Interest Kingman Co. KS, ▓▓ | C | Royalty | K | W | | | | | |
| 38. 1/2 Interest, Kingman Co. KS, ▓▓ | C | Royalty | K | W | | | | | |
| 39. 1/2 Interest, Kingman Co. KS, ▓▓ | C | Royalty | K | W | | | | | |
| 40. 1/2 Interest Morton Co. Ks, ▓▓ | C | Royalty | K | W | | | | | See Part VIII, No. 4 |
| 41. 1/2 Interest Norton Co. KS, ▓▓ | | None | J | W | | | | | |
| 42. 1/2 Interest Rawlins Co. KS, ▓▓ | A | Royalty | J | W | | | | | See Part VIII, No. 5 |
| 43. 1/2 Interest Reno Co. KS, ▓▓ | A | Royalty | J | W | | | | | |
| 44. 1/2 Interest Riley Co. KS, ▓▓ | C | Royalty | J | W | | | | | |
| 45. 1/2 Interest Rooks Co. KS, ▓▓ | C | Royalty | J | W | | | | | |
| 46. 1/2 Interest Rooks Co. KS, ▓▓ | C | Royalty | J | W | | | | | |
| 47. 1/2 Interest Sedgwick Co., KS, ▓▓ | A | Royalty | J | W | | | | | |
| 48. 1/2 Interest Sedgwick Co., KS, ▓▓ | A | Royalty | J | W | | | | | |
| 49. 1/2 Interest Stafford Co. KS ▓▓ | A | Royalty | J | W | | | | | See Part Viii, No. 6 |
| 50. ROYALTY INTERESTS | | | | | | | | | |
| 51. 1/2 Interest Barton Co. KS, ▓▓ | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 1/2 Interest Ellis Co., KS, ▮ | | None | J | W | | | | | |
| 53. 1/2 Interest Carson Co., TX, ▮ | B | Royalty | J | W | | | | | |
| 54. 1/2 Interest Gray Co., TX, ▮ | A | Royalty | J | W | | | | | |
| 55. 1/2 Interest Garvin Co., OK ▮ | | None | J | W | | | | | |
| 56. 1/2 Interest Logan Co. OK, ▮ | B | Royalty | K | W | | | | | See Part VIII, No. 7 |
| 57. 1/2 Interest Logan Co. OK, ▮ | B | Royalty | K | W | | | | | See Part VIII, No. 7 |
| 58. 1/2 Interest Logan Co. OK ▮ | B | Royalty | K | W | | | | | See Part VIII, No. 7 |
| 59. 1/2 Interest Logan Co. OK ▮ | B | Royalty | K | W | | | | | See Part VIII, No. 7 |
| 60. 1/2 Interest Logan Co. OK ▮ | B | Royalty | K | W | | | | | See Part VIII, No. 7 |
| 61. 1/2 Interest Pontotoc Co. OK, ▮ | A | Royalty | J | W | | | | | |
| 62. 1/2 Interest Pontotoc Co. OK, ▮ | A | Royalty | J | W | | | | | |
| 63. 1/2 Interest Pontotoc Co. OK, ▮ | A | Royalty | J | W | | | | | |
| 64. 1/2 Interest Pontotoc Co. OK, ▮ | A | Royalty | J | W | | | | | |
| 65. 1/2 Interest Pontotoc Co. OK, ▮ | A | Royalty | J | W | | | | | |
| 66. 1/2 Interest Pontotoc Co. OK, ▮ | A | Royalty | J | W | | | | | |
| 67. 1/2 Interest Woods Co. OK, ▮ | A | Royalty | J | W | | | | | |
| 68. 1/2 Interest Woodward Co., OK ▮ | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 1/2 Interest Logan Co. OK, ▮ | D | Royalty | K | W | | | | | |
| 70. 1/3 Interest Grant Co., OK ▮ | A | None | J | W | | | | | |
| 71. 1/2 Interest Woods Co., OK, ▮ | D | Royalty | K | W | | | | | |
| 72. 1/2 Interest Woods Co., OK, ▮ | D | Royalty | K | W | | | | | |
| 73. 1/3 Interest Garfield Co, OK ▮ (X) | A | None | J | W | | | | | |
| 74. REAL ESTATE | | | | | | | | | |
| 75. 1/2 Interest, Enid, OK, Lot 5 (Y) | | None | K | W | | | | | |
| 76. 1/2 Interest, Enid, OK, Lot 6 (Y) | | None | K | W | | | | | |
| 77. 1/2 Interest, Enid, OK, Lot 7 (Y) | | None | K | W | | | | | |
| 78. 1/2 Interest, Enid, OK, Lot 8 (Y) | | None | K | W | | | | | |
| 79. LEASE BONUSES | | | | | | | | | |
| 80. Logan County, Okla. | A | Royalty | J | W | | | | | |
| 81. Woods County, Okla. | B | Royalty | J | W | | | | | |
| 82. Blaine County, Okla. | E | Royalty | M | W | | | | | |
| 83. Woods County, Okla. | A | Royalty | J | W | | | | | |
| 84. Woods County, Okla. | C | Royalty | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. As to date of report, an extension was granted by the committee to 8/13/09.

PART VII: INVESTMENTS AND TRUSTS

2. The same royalty payments for item 31 were also covered royalty payments due for item 30, a 1/2 interest in Kearny County, Kansas, ▉▉▉▉ Likewise, the same royalty payments from B.P. Amoco, Devon, Exxon, Lario and Osborn Heirs also covers amounts due for item 32, a 1/2 interest in Kearny County, Kansas, ▉▉▉▉ Likewise, the same royalty payments from B.P. Amoco, Devon, Exxon, Lario and Osborn Heirs also covers amounts due for item 33, a 1/2 interest in Kearny County, Kansas, ▉▉▉▉. Again, the same royalty payments for the preceding items likewise covers royalty due on item 34, a 1/2 interest in Kearny County, Kansas, ▉▉▉▉.

3. These royalty payments cover both Kearney and Morton County, totaling an amount between $2,500 and $5,000. (C)

4. These royalty interests combine properties in Morton and Kearney counties, Kansas.

5. These royalties cover properties from Rawlins, Safford, and Rooks Counties, Kansas.

6. These royalty payments came from Rawlins, Safford, Riley, Graham and Sedgwick Counties, Kansas.

7. Payments from Chesapeake totaled $6,061.49 for Logan and Woods Counties, Oklahoma. This was divided among Sections ▉▉▉▉. In addition, there were checks for $625.49, $74.17 and $375.80 covering royalties in Logan, Woods and Pontotoc Counties, Oklahoma.

8. Royalty payments for Logan County, only, also include royalty payments for Woods and Pontotoc Counties, Oklahoma.

9. Royalty payments for Woods County, Oklahoma also include royalty apyments for Logan County, Oklahoma.

10. A lease bonus was paid by Altex for a Logan County lease in an amount less than $1,000. (See Item 80.) A bonus was paid by Sullivan Land for a Woods County, Oklahoma lease in an amount between $1,001 and $2,500. (See Item 81.) Also a lease bonus was paid for a Blaine County, Oklahoma lease in an amount between $15,000 and $50,000 by Concho Land. (See Item 82.) A bonus lease was paid by Sullivan Lands for a Woods County, Oklahoma lease in an amount of $1,000 or less. (See Item 83.) Also Sullivan Land paid a lease bonus between $2,501 and $5,000 for a lease in Woods County, Oklahoma. (See Item 84.)

11. In items 80, 81, 82, 83 and 84 column B (2) lists (Royalty) as received. In those instances actually the money was paid as a lease bonus for these five (5) items.

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 08/03/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544